UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY T. FOSTER,<br><br>        Petitioner,<br><br>   v.<br><br>SCOTT KERNAN,<br><br>        Respondent. | 1:16-cv-01113-JLT (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THIS COURT |

      Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254.

      The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

      In a habeas matter, venue is proper in either the district of conviction or the district of confinement.  28 U.S.C. § 2241(d).  Where a petitioner attacks the execution of his sentence, the proper forum in which to review such a claim is the district of confinement.  See <u>Dunn v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989)(stating, in a 28 U.S.C. § 2241 action, that "[t]he

proper forum to challenge the execution of a sentence is the district where the prisoner is confined.").

In this case, the petitioner is challenging disciplinary proceedings and purported retaliation by prison officials at High Desert State Prison, Susanville, Lassen County, California, which is in the Sacramento Division of this Court. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Sacramento Division of this Court.

Accordingly, the Court **ORDERS** that this matter is transferred to the Sacramento Division of this Court.

IT IS SO ORDERED.

Dated: __**August 4, 2016**__     _____**/s/ Jennifer L. Thurston**_____
                                    UNITED STATES MAGISTRATE JUDGE